UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
THE POLICE AND FIRE RETIREMENT      : Civil Action No.
SYSTEM OF THE CITY OF DETROIT, on   :
Behalf of Itself and All Others Similarly   : CLASS ACTION
Situated,                            :
                                     :
            Plaintiff,               :
                                     :
vs.                                  : RULE 7.1 STATEMENT
                                     :
GILDAN ACTIVEWEAR, INC., LAURENCE    :
G. SELLYN, and GLENN J. CHAMANDY,    :
                                     :
            Defendants.              :
---------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Police and Fire Retirement System of Detroit (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

DATED: June 25, 2008                 SCOTT + SCOTT, LLP

                                     _____
                                     DAVID R. SCOTT (DS 8053)
                                     108 Norwich Avenue
                                     P.O. Box 192
                                     Colchester, CT 06415
                                     P: 860/537-5537
                                     F: 860/537-4432
                                     drscott@scott-scott.com

SCOTT + SCOTT, LLP
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA 92101
P: 619/233-4565
F: 619/233-0508 (fax)
ashingler@scott-scott.com

Attorneys for Plaintiff Police and Fire Retirement
System of the City of Detroit