The Police and Fire Retirement System of the City of Detroit, et. al.,
Plaintiff(s)
vs.
Gildan Activewear, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 252384-1

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

Service of Process on:
--Gildan Activewear, Inc.
Court Case No. '08 CIV 5717

SCOTT & SCOTT LLC
Ms. Cynthia McGowan
108 Norwich Ave.
Colchester, CT 06415

**Name of Server:** Stephanie Paul, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 21st day of July, 2008, at 9h52 o'clock A M

**Place of Service:** at 600, De Maisonneuve W, Suite 3318 city of Montreal, Province, state of QC.

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Action, Civil Cover Sheet and Attachment, Complaint for Violation of the Federal Securities Laws / Certification Pursuant to the Federal Securities Laws, Rule 7.1 Statement, Individual Practices of Judge Harold Baer, Jr., Electronic Case Filing Rules & Instructions, Summary of the Document to be Served (in French and English)

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Gildan Activewear, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Laurence G. Sellyn, Executive Vice-President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color caucasian ; Hair Color Brown ; Facial Hair —
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 150 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Foreign Law:** Service also done under Rule: Civil Code of Procedure of Quebec of Canada
Loi regissant le huissier de justice

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 24th day of July, 2008

Notary Public     (Commission Expires)
life

APS International, Ltd.