The Police and Fire Retirement System of the City of Detroit, et. al.,
Plaintiff(s)
vs.
Gildan Activewear, Inc., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 252384-2

## AFFIDAVIT OF SERVICE ON AN INDIVIDUAL

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

SCOTT & SCOTT LLC
Ms. Cynthia McGowan
108 Norwich Ave.
Colchester, CT 06415

Service of Process on:

--Laurence G. Sellyn
Court Case No. '08 CIV 5717

| | |
|---|---|
| Name of Server: | **Stephanie Paul**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service: | that on the **21st** day of **July**, **2008**, at **9h53** o'clock **A** M |
| Place of Service: | at **600 de Maisonneuve West, Suite 3318**, city of **Montreal**, Province of **Qc** |
| Documents Served: | the undersigned served the documents described as: |

Summons in a Civil Action, Civil Cover Sheet and Attachment, Complaint for Violation of the Federal Securities Laws / Certification Pursuant to the Federal Securities Laws, Rule 7.1 Statement, Individual Practices of Judge Harold Baer, Jr., Electronic Case Filing Rules & Instructions, Summary of the Document to be Served (in French and English)

| | |
|---|---|
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on:<br>Laurence G. Sellyn |
| Person Served, and Method of Service: | **X** By personally delivering them into the hands of the person to be served.<br>☐ By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows:<br>Sex **M**; Skin Color **Caucasian**; Hair Color **Brown**; Facial Hair **—**<br>Approx. Age **50**; Approx. Height **5'5"**; Approx. Weight **150**<br>**X** To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Foreign Law: | Service also done under Rule: **Civil Code of Procedures Qc** of Canada<br>**Loi régissant le huissier de Justice** |
| Signature of Server: | Undersigned declares under penalty of perjury   Subscribed and sworn to before me this<br>that the foregoing is true and correct.   **24th** day of **July**, 20 **08** |

_(signature)_    _(signature)_
Signature of Server    (Date)    Notary Public    (Commission Expires)
APS International, Ltd.    **Life**
APS File #: 252384-0002