Service of Process by



APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 252384-3

The Police and Fire Retirement System of the City of Detroit, et. al.,
Plaintiff(s)
vs.
Gildan Activewear, Inc., et. al., Defendant(s)

## AFFIDAVIT OF SERVICE ON AN INDIVIDUAL

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

SCOTT & SCOTT LLC
Ms. Cynthia McGowan
108 Norwich Ave.
Colchester, CT  06415

Service of Process on:

--Glenn J. Chamandy
Court Case No. '08 CIV 5717

**Name of Server:** Stephanie Paul, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 23rd day of July, 2008, at 9h35 o'clock A M

**Place of Service:** at 600 De Maisonneuve W, Suite 3318, city of Montreal, Province of Quebec

**Documents Served:** the undersigned served the documents described as:

Summons in a Civil Action, Civil Cover Sheet and Attachment, Complaint for Violation of the Federal Securities Laws / Certification Pursuant to the Federal Securities Laws, Rule 7.1 Statement, Individual Practices of Judge Harold Baer, Jr., Electronic Case Filing Rules & Instructions, Summary of the Document to be Served (in French and English)

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Glenn J. Chamandy

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color Caucasian; Hair Color Gray; Facial Hair —
Approx. Age 55; Approx. Height 5'8"; Approx. Weight 150 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Foreign Law:** Service also done under Rule: Civil Code of Procedure of Quebec, Loi regissant le huissier de justice

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Stephanie Paul
Signature of Server     (Date)

Subscribed and sworn to before me this 24th day of July, 2008.

/s/ Notary Public     (Commission Expires) life

APS International, Ltd.
APS File #: 252384-0003