UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF ST. CLAIR SHORES POLICE AND : 
FIRE RETIREMENT SYSTEM, Individually : Electronically Filed
and on Behalf of All Others Similarly Situated, :
                                                   : Civil Action No.: 1:08-cv-05048 (HB)
                  Plaintiff, : (ECF Case)
      v. :
                                                   : Hon. Harold Baer
GILDAN ACTIVEWEAR INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :
                                                   :
                Defendants. :
                                                   :
---------------------------------------------------------------x

*(Additional Captions on the Following Page)*


**CERTIFICATE OF SERVICE**

————————————————————x
THE POLICE AND FIRE RETIREMENT : 
SYSTEM OF THE CITY OF DETROIT, on : Electronically Filed
Behalf of Itself and All Others Similarly :
Situated, : Civil Action No.: 1:08-cv-0571 (UA)
 : (ECF Case)
              Plaintiff, :
  v. :
 :
GILDAN ACTIVEWEAR INC., LAURENCE :
G. SELLYN, and GLENN J. CHAMANDY. :
 :
              Defendants. :
 :
————————————————————x
ALEJANDRO ALEGRE, Individually and on :
Behalf of All Others Similarly Situated, : Electronically Filed
 :
             Plaintiff, : Civil Action No.: 1:08-cv-06144 (HB)
  v. : (ECF Case)
 :
GILDAN ACTIVEWEAR INC., GLENN J. :  Hon. Harold Baer
CHAMANDY and LAURENCE G. SELLYN, :
 :
             Defendants. :
 :
————————————————————x

I, Christopher J. Keller, hereby certify, that on August 1, 2008, I electronically filed true and correct copies of the following documents:

- Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Institutional Investor Group Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

malba@csgrr.com, drosenfeld@csgrr.com, srudman@csgrr.com,

frawleyb@sullcrom.com, and holleys@sullcrom.com.

I also hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following:

David R. Scott  
Scott + Scott, LLP  
108 Norwich Avenue  
P.O. Box 192  
Colchester, CT 06415  

Evan J. Smith  
Brodsky & Smith, LLC  
240 Mineola Boulevard  
Mineola, NY 11501  

D. Seamus Kaskela  
David M. Promisloff  
Schiffrin Barroway Topaz  
   & Kessler, LLP  
280 King of Prussia Rd.  
Radnor, PA 19087  

/s/  Christopher J. Keller  
Christopher J. Keller (CK-2347)