UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CITY OF ST. CLAIR SHORES POLICE AND : Civil Action No. 1:08-cv-05048-HB
FIRE RETIREMENT SYSTEM, on Behalf of :
Itself and All Others Similarly Situated, :
                              Plaintiff, :

      vs. :

GILDAN ACTIVEWEAR, INC., GLENN J. :
CHAMANDY and LAURENCE G. SELLYN, :

                             Defendants. :
---------------------------------------------------------------x

---------------------------------------------------------------x
THE POLICE AND FIRE RETIREMENT : Civil Action No. 1:08-cv-05717-UA
SYSTEM OF THE CITY OF DETROIT, on :
Behalf of Itself and All Others Similarly :
Situated, :

                              Plaintiff, :

      vs. :

GILDAN ACTIVEWEAR, INC., LAURENCE :
G. SELLYN, and GLENN J. CHAMANDY, :

                             Defendants. :
---------------------------------------------------------------x

|  |  |
|---|---|
| ALEJANDRO ALEGRE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GILDAN ACTIVEWEAR, INC., GLENN J. CHAMANDY and LAURENCE G. SELLYN,<br><br>Defendants. | Civil Action No. 1:08-cv-01644-HB |

## NOTICE AND MOTION OF THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor class member and lead plaintiff movant Police and Fire Retirement System of the City of Detroit ("City of Detroit" or "Movant"), by and through its counsel, will move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York, for an order, submitted herewith: (i) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing City of Detroit as lead plaintiff in the consolidated action pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4; (iii) approving City of Detroit's selection of the law firm of Scott + Scott LLP to serve as lead counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v); and (iv) granting such other and additional relief as the Court may deem just and proper.

This motion is made on the grounds that City of Detroit has timely filed this motion, suffered significant financial losses resulting from defendants' alleged misconduct and qualifies as a "most adequate plaintiff" under §21D of the Exchange Act.

In support of this motion, City of Detroit submits herewith a memorandum of law, the declaration of David R. Scott, the pleadings and other files herein and such other written or oral arguments as may be permitted by the Court at the hearing of this motion.

DATED:  August 1, 2008                    Respectfully submitted,

SCOTT + SCOTT, LLP


/s/ David R. Scott
DAVID R. SCOTT (DS 8053)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: 860/537-5537
Fax: 860/537-4432
Email: drscott@scott-scott.com


SCOTT + SCOTT, LLP
BETH KASWAN
29 West 57th Street
New York, NY  10019
Tel: 212/223-6444
Fax: 212/223-6334
Email: bkaswan@scott-scott.com

**Proposed Lead Counsel**

**Attorneys for Police and Fire Retirement System of the City of Detroit**

## CERTIFICATE OF SERVICE

I, David R. Scott, hereby certify that a copy of the foregoing was served on all parties on August 1, 2008 via the Court's ECF system.

/s/ David R. Scott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CITY OF ST. CLAIR SHORES POLICE AND FIRE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GILDAN ACTIVEWEAR, INC., GLENN J. CHAMANDY and LAURENCE G. SELLYN,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-05048-HB |

---

| | |
|---|---|
| THE POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GILDAN ACTIVEWEAR, INC., LAURENCE G. SELLYN, and GLENN J. CHAMANDY,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-05717-UA |

```
                                          x
ALEJANDRO ALEGRE, on Behalf of Himself  :  Civil Action No. 1:08-cv-01644-HB
and All Others Similarly Situated,      :
                                        :
                Plaintiff,              :
                                        :
    vs.                                 :
                                        :
                                        :
GILDAN ACTIVEWEAR, INC., GLENN J.       :
CHAMANDY and LAURENCE G. SELLYN,        :
                                        :
                Defendants.             :
                                        :
                                          x
```

# [PROPOSED] ORDER

Having considered the Motion of the Police and Fire Retirement System of the City of Detroit ("Movant") for Consolidation, Appointment as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Counsel, and for good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.  Movant's Motion is GRANTED.

2.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, all related actions are consolidated.

3.  Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), Movant is appointed Lead Plaintiff in the consolidated action; and

4.  Movant's selection of Lead and Liaison Counsel is approved. Pursuant to §21D(a)(3)(B)(v) of the Exchange Act, Scott & Scott LLP is appointed Lead Counsel.

5. The law firm of Scott + Scott LLP, as lead counsel, shall provide general supervision of the activities of plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

a. To brief and argue motions;

b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

c. To direct and coordinate the examination of witnesses in depositions;

d. To act as spokesperson at pretrial conferences;

e. To call and chair meeting of plaintiffs' counsel as appropriate or necessary from time to time;

f. To initiate and conduct settlement negotiations with counsel for defendants;

g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h. To consult with and employ experts;

i. To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

4

      j.   To perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

DATED: _____         _____
                                                                         UNITED STATES DISTRICT JUDGE